

# NUMBER 13-24-00412-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ED MONCE,**                                                    **Appellant,**

**v.**

**CHRISTOPHER MAJKA AND
TRESSA MAJKA,**                                              **Appellees.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Longoria, Tijerina, and Peña
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on appellant's motion to dismiss. Appellant no longer wishes to pursue this appeal.

The Court, having considered the unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Pursuant to the unopposed

motion, costs are taxed against the party incurring the same. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
19th day of September, 2024.